Morse Mehrban (Bar No. 169082)
LAW OFFICES OF MORSE MEHRBAN
12021 Wilshire Blvd., #780
Los Angeles, CA 90025-1206
Telephone: 310-571-0104
Facsimile: 206-202-3834
Email: mmehrban@hotmail.com

Attorney for Plaintiff,
George Louie

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| GEORGE LOUIE, for Himself and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>APRIA HEALTHCARE GROUP, INC. AND APRIA HEALTHCARE, INC.,<br><br>    Defendants. | Case No. 2:07-CV-02328-LKK-GGH<br><br>CLASS ACTION<br><br>EX PARTE APPLICATION AND ORDER TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE |

APPLICATION

Plaintiff hereby applies to the Court ex parte for an Order to continue the Status (Pretrial Scheduling) Conference currently scheduled at 2:00 p.m. on January 14, 2008 to March 17, 2008 at 2:00 p.m.  Defendants have just been served, therefore no opposition is anticipated.  Plaintiff has not sought or obtained any previous continuance.  Such a continuance is timely and is necessary because Defendants would not have sufficient time to meet and confer regarding the scheduled status conference.  For this reason, I respectfully request that the Court grant a

continuance of the hearing to permit sufficient time for Defendant to appear and for I and defense counsel to put together a Joint Status Report for filing with the Court.

Dated: 1/4/2008                                        LAW OFFICES OF MORSE MEHRBAN


                                                By:    _____/s/_____
                                                       Morse Mehrban
                                                       Attorney for Plaintiff,
                                                       George Louie


[PROPOSED] ORDER

Having considered Plaintiff's ex parte application for a continuance, and finding good cause thereof, IT IS HEREBY ORDERED that the Status (Pretrial Scheduling) Conference scheduled for January 14, 2008 at 2:00 pm is continued to March 17, 2008 at 10:00 a.m.


Dated:   January 4, 2008.


                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT