UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LOUIE, for himself
and on behalf of all others
similarly situated,

        Plaintiffs,

   v.

APRIA HEALTHCARE GROUP,
INC. and APRIA HEALTHCARE,
INC.,

        Defendants.

_____/

NO. CIV. S-07-2328 LKK/GGH

O R D E R

    A status conference was held in chambers on March 17, 2008. After hearing, the court orders as follows:

    1.   A further status conference is set for July 21, 2008 at 1:30 p.m.

    IT IS SO ORDERED.

    DATED: March 18, 2008.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1