LAW OFFICES OF MORSE MEHRBAN
MORSE MEHRBAN, SBN 169082
12100 Wilshire Boulevard, 8th Floor
Los Angeles, CA  90025
Telephone:  (310) 571-0104
Facsimile:  (206) 202-3834

Attorneys for Plaintiff
GEORGE LOUIE

JACKSON LEWIS LLP
DAVID S. BRADSHAW, SBN 44888
SUSANNA L. MOULD, SBN 154270
801 K Street, Suite 2300
Sacramento, California 95814
Telephone:  (916) 341-0404
Facsimile:  (916) 341-0141

Attorneys for Defendants
APRIA HEALTHCARE GROUP, INC.
and APRIA HEALTHCARE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GEORGE LOUIE, for Himself and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>APRIA HEALTHCARE GROUP, INC. and APRIA HEALTHCARE, INC.,<br><br>Defendants. | Case No. 2:07-cv-02328-LKK-GGH<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Complaint Filed:  October 29, 2007<br>Trial Date:  None Set |

The parties to this action have reached a settlement at a private mediation held on July 11, 2008.  The settlement provides for the payments to Plaintiff and his counsel specified in the executed Settlement Agreement, the dismissal of the class allegations of Plaintiff's complaint, and the dismissal of this action with prejudice, subject to the continuing jurisdiction of the Court to enforce the terms of the parties' Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their undersigned counsel that the above-captioned action be and hereby is dismissed with prejudice

1

Stipulation and [Proposed] Order for Dismissal of Action with Prejudice

PDF created with pdfFactory trial version www.pdffactory.com

pursuant to Rule 41(a)(1)(A)(ii) and Rule 23(e) of the Federal Rules of Civil Procedure, subject to the continuing jurisdiction of the Court to enforce the terms of the parties' Settlement Agreement. Each party shall bear his/its own costs and attorneys' fees except to the extent otherwise provided by the parties' Settlement Agreement.

IT IS FURTHER HEREBY STIPULATED by and between the parties to this action through their undersigned counsel that no class has been certified in this action and that the class allegations of Plaintiff's complaint be dismissed. This Stipulation for Dismissal and the parties' Settlement Agreement are binding only on Plaintiff George Louie and Defendants Apria Healthcare Group, Inc. and Apria Healthcare, Inc. and do not bind, or affect any rights of, the members of the putative class defined by the Complaint.

Dated: August 8, 2008          LAW OFFICES OF MORSE MEHRBAN


By: /s/   Morse Mehrban
    MORSE MEHRBAN

Attorneys for Plaintiff
GEORGE LOUIE

Dated: August 8, 2008          JACKSON LEWIS LLP


By: /s/   David S. Bradshaw
    DAVID S. BRADSHAW
    SUSANNA L. MOULD

Attorneys for Defendants
APRIA HEALTHCARE GROUP, INC.
and APRIA HEALTHCARE, INC.

## **ORDER**

**IT IS SO ORDERED** in accordance with the foregoing stipulation of the parties. The Court finds that notice need not be given to the members of the putative class.

Dated: August 18, 2008.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com